# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

IN RE:   ANASTASIO CABALLERO          *   Case No: 17-18285
                                      *
         Debtor(s)                    *   Chapter 7

---

## DEBTOR'S VERIFICATION
(Amended Schedules "A/B, C, AND I")

I, Anastasio Caballero, Debtor(s) in the above- styled Bankruptcy case, hereby declare and affirm under penalties of perjury that I have read and reviewed the Schedules and associated pleadings and they are true and correct to the best of my knowledge, information and belief.

/s/ Anastasio Caballero
Anastasio Caballero


Date: July 26, 2017

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing Amended Schedules and associated pleadings   was either sent electronically via the CM/ECF system or mailed, postage pre-paid on this 26th day of July 2017 to: Laura J. Margulies, Esq., 6205 Executive Blvd., Rockville, MD 20852.

/s/ Joseph A. Trevino
**Law Offices of Joseph A. Trevino & Associates**
Joseph A. Trevino, Esq., Bar No.: 03203
7903 Belle Point Drive
Greenbelt, MD 20770
(301) 441-3131

C:\wpdocs\TREVINO\Bankruptcy Folder\Verification of Schedules.wpd